

Jon Louis Wilson
Jon Ross R. Wilson

www.jonwilsonlaw.com

The Centennial House
111 Ontario Street
Lockport, New York 14094
(716) 434-2010
Fax (716) 433-0502

May 11, 2021

United States District Court
Western District of New York
Office of the Clerk of the Court
2 Niagara Square
Buffalo, NY 14202-3498

Re: **Mael v. Howard and Richard, 18-CV-378JLS(LGF)**
   **Report and Recommendation**

The undersigned, attorney for the above referenced Plaintiff, is in receipt of the Report and Recommendation of the HON. LESLIE G. FOSCHIO, filed with this Court on May 3rd, 2021, and has no objections to the same.

May 11, 2021
Lockport, New York

_____
JON LOUIS WILSON